USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SURGICAL SPECIALISTS OF GREATER
NEW YORK, as authorized representative
J.M.,

                     Plaintiff,

      -against-

UMR, a division of UnitedHealthcare, and
UNITEDHEALTHCARE INSURANCE
COMPANY,

                     Defendants.
-----------------------------------------------------------------X

**21-CV-10982 (GHW) (KHP)**

**ORDER SCHEDULING SETTLEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Tuesday, June 28, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 21, 2022 by 5:00 p.m.**

    SO ORDERED.

Dated:  Thursday, March 24, 2022
          New York, New York

                                               KATHARINE H. PARKER
                                               United States Magistrate Judge