# Robinson+Cole

KATHERINE M. KATCHEN

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0557
kkatchen@rc.com

Admitted in Pennsylvania, New Jersey, New York and Massachusetts

By ECF

June 27, 2022

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/2022
```

**MEMO ENDORSED**

Re: *Surgical Specialists of Greater New York v. UMR, et seq.*
Case No. 1:21-10982 (GHW)

Dear Judge Parker:

This office represents the Defendants UMR a/k/a UMR, Inc. and UnitedHealthcare Insurance Company (collectively "Defendants") in the above-referenced matter. I write to respectfully respect an adjournment of the settlement conference currently scheduled for June 28, 2022 at 2:00 p.m. Counsel is mindful of Rule I(c) of Your Honor's Rules of Practice, but both our client representative and I have COVID-19.

Late Thursday, June 23, 2022, I tested positive for COVID-19 and, under current CDC guidelines, I am unable to attend the conference in person as I was scheduled to do. My colleague, Michael Bernstein, will be traveling at that time, so he also is unable to attend in my absence. I advised Plaintiff's counsel this morning of this development, and he initially consented to a request to conduct the settlement conference remotely, if agreeable to the Court.

However, we subsequently learned later this morning that our client representative also has COVID-19. In light of this, we feel it best to request an adjournment of the conference until a later date.

This is Defendants' first request for an adjournment of the settlement conference. Plaintiff's counsel has graciously consented to this requested adjournment.

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

# Robinson+Cole

Hon. Katharine H. Parker
June 27, 2022
Page 2

I greatly appreciate your attention to this matter.

Respectfully submitted,

Katherine M. Katchen

cc: All Counsel of Record (*via* ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, June 28, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Thursday, August 18, 2022 at 2:00 p.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>August 11, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**06/27/2022**