**Robinson+Cole**

KATHERINE M. KATCHEN

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Telephone: (215) 398-0557
kkatchen@rc.com

Admitted in Pennsylvania, New Jersey, New York and Massachusetts



By ECF

August 4, 2022

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

Re: *Surgical Specialists of Greater New York v. UMR, et seq.*
Case No. 1:21-10982 (GHW)

Dear Judge Parker:

This office represents the Defendants UMR a/k/a UMR, Inc. and UnitedHealthcare Insurance Company (collectively "Defendants") in the above-referenced matter. I write on behalf of all Parties with respect to several issues related to the settlement conference currently scheduled for August 18, 2022 at 2:00 p.m.

First, Defendants respectfully request that the settlement conference be adjourned, because my colleague, Michael Bernstein, and I will both be out of town on pre-scheduled vacations the week of August 18, and therefore unavailable to attend the currently scheduled settlement conference. We have conferred with Plaintiff's counsel, and they have agreed to the adjournment. Moreover, the Parties have conferred on mutually agreeable dates for a rescheduled conference and, to the extent any of these work for Your Honor, all Parties are available August 30, September 1, the morning of September 2 and, if necessary, August 31, although Plaintiff's counsel has advised this would be the least preferable date for them. To the extent Your Honor is not available those dates, the Parties can provide mutually agreeable dates in September.

Second, pursuant to Your Honor's Individual Rule 5(f), Defendants respectfully request that their client representative with primary responsibility for this matter, Christina Perez, be permitted to attend the rescheduled settlement conference remotely, via Zoom or some other acceptable video medium. Ms. Perez lives and works in Florida, making single-day travel to New York a hardship. Moreover,

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

**Robinson+Cole**

Hon. Katharine H. Parker
August 4, 2022
Page 2

Ms. Perez has inquired within her department, and there is no one with knowledge of this matter located within 2.5 hours of New York City. Accordingly, given her knowledge of this matter, we respectfully request that Ms. Perez be permitted to attend the settlement conference remotely. Plaintiff has consented to this request.

Finally, on May 2, 2022 (Dkt. No. 33), Your Honor granted Plaintiff's request to stay the dates in the current scheduling order pending the settlement conference. Plaintiff has requested that this stay remain in place until after any rescheduled settlement conference takes place. Defendants consent to this request.

This is Defendants' second request for an adjournment of the settlement conference. Your Honor previously rescheduled the June 28, 2022 settlement conference, after I advised that both our client and I tested positive for COVID-19.

I greatly appreciate your attention to this matter.

Respectfully submitted,

Katherine M. Katchen

cc: All Counsel of Record (*via* ECF)

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, August 18, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, October 25, 2022 at 2:00 p.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than October 18, 2022 by 5:00 p.m.

Defendant's client representative is permitted to attend this proceeding remotely by FaceTime or Zoom. Defense counsel is responsible for setting up the technology and must provide a personal hotspot. Defense Counsel shall submit a request form to bring electronic devices into the courthouse to Judge Parker's chambers' email prior to the proceeding.

The deadline to amend the pleadings or join additional parties is extended to Friday, November 25, 2022. The deadline for completion of fact discovery is extended to Friday, February 24, 2023. The deadline for completion of expert discovery is extended to Friday, March 24, 2023.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

08/08/2022