USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SURGICAL SPECIALISTS OF GREATER
NEW YORK, as authorized representative
J.M.,

                                Plaintiff,

            -against-

UMR, a division of UnitedHealthcare, and
UNITEDHEALTHCARE INSURANCE
COMPANY,

                                Defendants.
----------------------------------------------------------------X

**21-CV-10982 (GHW) (KHP)**

**ORDER SCHEDULING SETTLEMENT**
**STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      A telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, November 14, 2022 at 4:15 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated:  Tuesday, October 25, 2022
             New York, New York

                                                       _____
                                                       KATHARINE H. PARKER
                                                       United States Magistrate Judge