**Robinson+Cole**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/11/2022

**MEMO ENDORSED**

KATHERINE M. KATCHEN

One Liberty Place
1650 Market Street, Suite 3030
Philadelphia, PA 19103
Main (267) 319-7900
Fax (215) 827-5982
kkatchen@rc.com
Direct (215) 398-0557

Also admitted in New Jersey,
Massachusetts and New York

November 10, 2022
**VIA ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17D
New York, New York 10007

Re:  *Surgical Specialists of Greater New York v. UMR, et seq.*
     Case No. 1:21-10982 (GHW)

Dear Judge Parker:

This office represents the Defendants UMR a/k/a UMR, Inc. and UnitedHealthcare Insurance Company (collectively "Defendants") in the above-referenced matter. We write to request a short adjournment of the telephone conference currently scheduled for November 14, 2022 at 4:00 p.m.

Defendant UMR is the third-party claims administrator for the self-funded Plan pursuant to which the patient at issue in this case was insured. Since the Parties' initial settlement conference, we have been working on the follow up information and issues that the Parties discussed with Your Honor, which includes outreach to the self-funded Plan. Given various schedules, we require some additional time in which to complete that process, so that any further settlement discussions can be better informed, and hopefully productive.

Plaintiff consents to this request. Moreover, counsel for both Plaintiff and Defendants are available November 30, if that day works for Your Honor for a rescheduled call.

                                        Respectfully submitted,

                                        Katherine M. Katchen

cc: All Counsel of Record (*via* ECF)

---

**APPLICATION GRANTED:** The telephonic Settlement Status Conference in this matter scheduled for Monday, November 14, 2022 at 4:15 p.m. is hereby rescheduled to <u>Wednesday, November 30, 2022 at 5:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/11/2022

---

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP